O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    ED CV 08-01726-SGL(RCx)                              Date:  January 8, 2009

Title:    MARIA J. PEREZ -v- THE BANK OF NEW YORK, ET AL.
=======================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

        Jim Holmes                                            None Present
        Courtroom Deputy Clerk                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                       None present

PROCEEDINGS:    ORDER SUMMARILY DISMISSING RICO CLAIM

     On December 5, 2008, the Court issued an Order requiring plaintiff to file a RICO case statement within fourteen days.  In the Order the Court warned plaintiff that failure to file said case statement by the time specified would be deemed by the Court as her withdrawal of said claim and would result in the automatic summary dismissal of the RICO claim in his complaint.  The date for filing has come and gone and no RICO case statement has been filed.

     Accordingly, the Court hereby **DISMISSES** the RICO claim in the complaint.

     IT IS SO ORDERED.